UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 715,

No. C  08 0216 JL

        Plaintiff(s),

    v.

STANFORD HOSPITAL AND CLINICS AND
LUCILE PACKARD CHILDREN'S
HOSPITAL.

        Defendant(s).

_____/

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: _1/31/08_____

Signature _Bruce A. Harland_____

Counsel for _SEIU Local 715_____
(Plaintiff, Defendant, or indicate "pro se")