1  WILLIAM A. SOKOL, Bar No. 072740
   W. DANIEL BOONE, Bar No. 046553
2  BRUCE A. HARLAND, Bar No. 230477
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Petitioner
   SEIU, LOCAL 715
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL   ) No.   C 08 0216 JL
   UNION LOCAL 715                   )
12                                   ) NOTICE AND ACKNOWLEDGMENT
              Petitioner,            ) OF SERVICE OF SUMMONS AND
13                                   ) PETITION TO COMPEL
        v.                           ) ARBITRATION
14                                   )
   STANFORD HOSPITAL AND CLINICS AND )
15 LUCILE PACKARD CHILDREN'S         )
   HOSPITAL,                         )
16                                   )
              Respondents.           )
17 _____)

18      I hereby acknowledge that I am authorized to accept service, and hereby do accept service,

19 of the following documents on behalf of defendant STANFORD HOSPITAL AND CLINICS

20 AND LUCILE PACKARD CHILDREN'S HOSPITAL: *Summons; Petition To Compel*

21 *Arbitration; Civil Case Cover Sheet; Welcome To The U.S. District Court, San Francisco; ECF*

22 *Registration Information Handout; Order Setting Initial Case Management Conference; Notice Of*

23 *Assignment Of Case To A U.S. Magistrate Judge For Trial; Administrative Motion To Consider*

24 *Whether Cases Should Be Related.*

   Date of Receipt: January 25, 2008
25

   Date Signed: January 31, 2008           FOLEY & LARDNER, LLP
26
                                           By: _____
27                                            EILEEN R. RIDLEY
                                              On behalf of Respondent,
28                                            STANFORD HOSPITAL AND CLINICS AND
                                              LUCILE PACKARD CHILDREN'S HOSPITAL

NOTICE AND ACKNOWLEDGEMENT OF SERVICE OF SUMMONS, CASE NO C 08 0216 JL