WILLIAM A. SOKOL, Bar No. 072740
W. DANIEL BOONE, Bar No. 046553
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner
SEIU, LOCAL 715

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>　　　　　Respondents. | No.　C 08 0216 JSW<br><br>**PROOF OF SERVICE OF ORDER GRANTING AMINISTRATIVE MOTION FOR CHANGE OF INTRA-DISTRICT ASSIGNMENT; and REASSIGNMENT ORDER** |

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 29, 2008, I served upon the following parties in this action:

> Eileen Ridley
> Foley & Lardner
> One Maritime Plaza, Sixth Floor
> San Francisco, CA 94111-3404
> Fax: (415) 434-4507

copies of the document(s) described as:

- ORDER GRANTING AMINISTRATIVE MOTION FOR CHANGE OF INTRA-DISTRICT ASSIGNMENT
- REASSIGNMENT ORDER
- PROOF OF SERVICE

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[X]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on February 29, 2008.

_____
Rhonda Fortier-Bourne

117986/484477

- 2 -

Proof of Service of Order Granting Administrative Motion for Change of Intra-District Assignment; Reassignment Order
Case No. C 08 0216 JSW