**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Respondents
Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Petitioner,<br><br>v.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Respondents. | Case No: 08-CV-00216-JF<br><br>NOTICE OF APPEARANCE OF SCOTT P. INCIARDI |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Scott P. Inciardi (California Bar No. 228814), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Respondents, Stanford Hospital & Clinics and Lucile Packard Children's

///
///
///
///
///

NOTICE OF APPEARANCE OF SCOTT P. INCIARDI
CASE NO: 5:08-CV-00216-JF

SFCA_1309376.1

1  Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers
2  be electronically served on the undersigned at sinciardi@foley.com.
3
4  Dated: March 27, 2008                FOLEY & LARDNER LLP
                                        LAURENCE R. ARNOLD
5                                       EILEEN R. RIDLEY
                                        SCOTT P. INCIARDI
6
7
8                                       By: _____
                                            SCOTT P. INCIARDI
9                                           Attorneys for Respondents
                                            Stanford Hospital & Clinics and Lucile
10                                          Packard Children's Hospital

28
                                    2
                    NOTICE OF APPEARANCE OF SCOTT P. INCIARDI
                         CASE NO: 5:08-CV-00216-JF

SFCA_1309376.1