1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507
3  
   LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for Respondents
5  Stanford Hospital & Clinics and
   Lucile Packard Children's Hospital

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Petitioner,<br><br>v.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Respondents. | Case No: 08-CV-00216-JF<br><br>**NOTICE OF APPEARANCE OF LAURENCE R. ARNOLD** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Laurence R. Arnold (California Bar No. 133715), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Respondents, Stanford Hospital & Clinics and Lucile Packard

///
///
///
///
///

NOTICE OF APPEARANCE OF LAURENCE R. ARNOLD
CASE NO: 5:08-CV-00216-JF

SFCA_1309723.1

Children's Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at larnold@foley.com.

Dated: March 27, 2008

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI

By: /s/ Laurence R. Arnold
LAURENCE R. ARNOLD
Attorneys for Respondents
Stanford Hospital & Clinics and Lucile Packard Children's Hospital

2
NOTICE OF APPEARANCE OF LAURENCE R. ARNOLD
CASE NO: 5:08-CV-00216-JF

SFCA_1309723.1