UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Service Employees International
Union, Local 715

        Plaintiff(s),

v.

Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

        Defendant(s).

CASE NO. C 08 0216 JF

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    April 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Eileen R. Ridley | Stanford Hospital & Clinics, et al. | 415.434.4484 | eridley@foley.com |
| Bruce A. Harland | Service Employees Int'l Union | 510.337.1001 | bharland@unioncounsel.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/11/08

                                                       Bruce A. Harland
                                                     Attorney for Plaintiff

Dated: 11 April 2008

                                                     Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."