UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Service Employees International Union,
Local 715                                    ■          Case No. C 08 0216 JF
                    Plaintiff(s),

                                                        ADR CERTIFICATION BY PARTIES
                                                        AND COUNSEL

            v.
Stanford Hospital & Clinics and Lucile
Packard Children's Hospital          ■
                    Defendant(s).
_____/

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 4/16/08

                                                        _____
                                                        [Party]

Dated: 4/11/2008

                                                        _____
                                                        [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."