United States District Court
For the Northern District of California

**\*E-FILED 7/11/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al.,<br><br>        Petitioners,<br><br>   v.<br><br>SERVICE EMPLOYEES INTERNATIONAL, UNION, LOCAL 715,<br><br>        Respondent.<br>_____/<br>THIS NOTICE APPLIES TO<br>ALL RELATED ACTIONS.<br>_____/ | No. C 07-05158 JF (RS)<br><br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, petitioners' motions to compel, dockets [46], [47], [48] and [53], noticed for hearing on August 27, 2008, shall be held on **September 3, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

    This change of hearing date does *not* alter the briefing schedule. Briefing deadlines for these motions shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated: 7/11/08                                             For the Court,<br>                                                            RICHARD W. WEIKING, Clerk

                                                              By:   /s/ Martha Parker Brown<br>                                                                         Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Laurence R. Arnold     larnold@foley.com

W. Daniel Boone     courtnotices@unioncounsel.net

Bruce A. Harland     courtnotices@unioncounsel.net, bharland@unioncounsel.net

Vincent A. Harrington , Jr     courtnotices@unioncounsel.net

Scott Powers Inciardi     sinciardi@foley.com, syardley@foley.com

Eileen Regina Ridley     eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

Dated: 7/11/08

      /s/ BAK
Chambers of Magistrate Judge Richard Seeborg