1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:    415.434.4507

3  LAURENCE R. ARNOLD, CA BAR NO. 133715
   EILEEN R. RIDLEY, CA BAR NO. 151735
4  SCOTT P. INCIARDI, CA BAR NO. 228814
   Attorneys for STANFORD HOSPITAL & CLINICS and
5  LUCILE PACKARD CHILDREN'S HOSPITAL

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 STANFORD HOSPITAL & CLINICS and<br>LUCILE PACKARD CHILDREN'S<br>12 HOSPITAL, | Case No:  5:07-CV-05158-JF |
| 13        Petitioners, | PROOF OF SERVICE |
| 14    vs. | |
| 15 SERVICE EMPLOYEES<br>INTERNATIONAL UNION, LOCAL 715, | |
| 16        Respondent. | |
| 17 | |
| SERVICE EMPLOYEES<br>18 INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00213-JF |
| 19        Petitioner and Counter-<br>        Respondent, | |
| 20    vs. | |
| 21 STANFORD HOSPITAL & CLINICS and<br>22 LUCILE PACKARD CHILDREN'S<br>HOSPITAL | |
| 23        Respondents and Counter-<br>24        Petitioners. | Judge:        Hon. Jeremy Fogel |
| 25 | |

26

27

28

PROOF OF SERVICE
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423837.1

| | | |
|---|---|---|
| 1 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00215-JF |
| 2 | Petitioner, | |
| 3 | vs. | |
| 4 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 5 | | |
| 6 | Respondents. | Judge:        Hon. Jeremy Fogel |
| 7 | | |
| 8 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-00216-JF |
| 9 | Petitioner, | |
| 10 | vs. | |
| 11 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 12 | | |
| 13 | Respondents. | Judge:        Hon. Jeremy Fogel |
| 14 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-01726-JF |
| 15 | Petitioner, | |
| 16 | vs. | |
| 17 | | |
| 18 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 19 | Respondents. | Judge:        Hon. Jeremy Fogel |
| 20 | | |
| 21 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No:  5:08-CV-01727-JF |
| 22 | Petitioner, | |
| 23 | vs. | |
| 24 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 25 | | |
| 26 | Respondents. | Judge:        Hon. Jeremy Fogel |
| 27 | | |
| 28 | | |

2

PROOF OF SERVICE
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423837.1

## PROOF OF SERVICE

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza, Sixth Floor, San Francisco, CA 94111-3409**.

On **July 11, 2008**, I served the foregoing document(s) described as: 1) STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL'S MOTION TO COMPEL RESPONSES TO DISCOVERY SUBPOENA PROPOUNDED TO UHW; 2) DECLARATION OF EILEEN RIDLEY IN SUPPORT OF STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS AND MOTIONS TO COMPEL RESPONSES TO SUBPOENAS; and 3) [PROPOSED] ORDER GRANTING STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTION TO COMPEL RESPONSES TO DISCOVERY SUBPOENA PROPOUNDED TO UHW Case No. 5:07-CV-05158-JF, on the interested parties in this action as follows:

✓   BY THE FOLLOWING MEANS:
    I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**Attorneys for UHW:**
William Sokol, Esq.
W. Daniel Boone, Esq.
Bruce A. Harland, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Suite 200
Alameda, CA  94501-1091
(510) 337-1023

✓   BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**)

    ✓   I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express:  collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at **San Francisco, California**, in the ordinary course of business.  I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

✓   Executed on **July 11, 2008**, at **San Francisco, California**.

✓   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
✓   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Susan Yardley

**Yardley, Susan E.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Monday, July 14, 2008 10:26 AM |
| **To:** | Yardley, Susan E. |
| **Subject:** | FedEx Shipment 790051125612 Delivered |

_____

_____

This tracking update has been requested by:

Company Name:          Foley & Lardner  LLP
Name:               Laurence Arnold
E-mail:              larnold@foley.com

_____

_____

Our records indicate that the following  shipment has been delivered:

Reference:               085437-3056-Arnold,Laurence
Ship (P/U) date:          Jul 11, 2008
Delivery date:           Jul 14, 2008 10:19  AM
Sign for by:            F.HOOKER
Delivered to:            Receptionist/Front  Desk
Service type:            FedEx Standard  Overnight
Packaging type:          Your Packaging
Number of pieces:          1
Weight:               15.00 lb.
Special handling/Services:     Deliver Weekday

Tracking number:          790051125612


Shipper Information              Recipient Information
Laurence Arnold              William Sokol
Foley & Lardner LLP              Weinberg, Roger & Rosenfeld
One Maritime Plaza;Suite 600        1001 Marina Village Pkwy;Ste 200
San Francisco              Alameda
CA                  CA
US                  US
94111                  945016480

1