*E-FILED*
July 18, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS, et al.,<br><br>          Petitioners,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>          Respondent.<br>_____/<br>THIS ORDER APPLIES TO ALL RELATED ACTIONS.<br>_____/ | No.  C 07-05158 JF (RS)<br><br>**ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　You are hereby notified that a scheduling conference is set for **August 5, 2008 at 2:00 p.m. PDT.** The conference will be conducted telephonically. Counsel for Petitioners shall coordinate the call to telephone number 408/535-5357

　　　IT IS SO ORDERED.

Dated:   July 18, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Laurence R. Arnold     larnold@foley.com

W. Daniel Boone     courtnotices@unioncounsel.net

Bruce A. Harland     courtnotices@unioncounsel.net, bharland@unioncounsel.net

Vincent A. Harrington , Jr     courtnotices@unioncounsel.net

Scott Powers Inciardi     sinciardi@foley.com, kkunisaki@foley.com, syardley@foley.com

Eileen Regina Ridley     eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 18, 2008

                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                        By:     /s/ *BAK*

**United States District Court**
For the Northern District of California

2